# EXHIBIT A

The East half (E/2) of the Southwest Quarter (SW/4) of Section Thirty-five (35), Township Twenty-two (22) South, Range Twenty-four (24) East of the 6th P.M., Linn County, Kansas.