# EXHIBIT B

State of Kansas, Linn County, Ks, SS
Kristy Schmitz, Register of Deeds
Book: 489 Page: 75
Receipt #: 81163    Recording Fee $21.00
Pages Recorded: 1   Auth By: [signature]
Date Recorded: 4/5/2018 2:19:00 PM



MAIL TO:
26400 W 151st Street
Olathe, KS 66061



Transferred On Record This 9th day of April, 20 18
[signature]
Linn County Clerk

# STATUTORY WARRANTY DEED

Grantor(s):  **Joy's Majestic Paradise, Inc.**

Convey(s) and Warrant(s) to **Rojana Enterprises, Inc.**

The following described premises, to-wit:

> The East half (E/2) of the Southwest Quarter (SW/4) of Section Thirty-five (35), Township Twenty-two (22) South, Range Twenty-four (24) East of the 6th P.M., Linn County, Kansas.
>
> K.S.A. 79-1437e (4)

For the sum of N/A and other good and valuable consideration.

Subject to: easements and restrictions of record, if any

Dated this April 5, 2018


Joy's Majestic Paradise, Inc.


By: _[signature] Thomas F. Palzer_
Thomas F. Palzer, Vice President


State of Kansas, Linn County} ss.

This instrument was acknowledged before me on April __5__, 2018 by Thomas F. Palzer, Vice President of Joy's Majestic Paradise, Inc. for and on behalf of said company.

_[signature]_
Notary Public

My appointment expires:

DOREEN THOMAS
Notary Public, State of Kansas
My Appt Expires 8/21/21

Security 1st Title