# EXHIBIT C

**Southwest quarter of the Northwest quarter and the Northwest quarter of the Southwest quarter of Section 8, Township 21 South, Range 22 East of the 6th PM, Linn County, Kansas.**