# EXHIBIT D

State of Kansas, Linn County, Ks, SS
Kristy Schmitz, Register of Deeds
Book: 489 Page: 74
Receipt # 81153  Recording Fee: $21.00
Pages Recorded 1  Auth By: Kristy S Schmitz
Date Recorded: 4/5/2018 2:18:00 PM

MAIL TO
26400 W 151st Street
Olathe, KS 66061

Transferred On Record This 9th day of April, 20 18
David Lamb
Linn County Clerk

# STATUTORY WARRANTY DEED

Grantor(s): **Joy's Majestic Paradise, Inc.**

Convey(s) and Warrant(s) to **Rojana Enterprises, Inc.**

The following described premises, to-wit:

> **Southwest quarter of the Northwest quarter and the Northwest quarter of the Southwest quarter of Section 8, Township 21 South, Range 22 East of the 6th PM, Linn County, Kansas.**
>
> **K.S.A. 79-1437e (4)**

For the sum of N/A and other good and valuable consideration.

Subject to: easements and restrictions of record, if any

Dated this April 5, 2018

Joy's Majestic Paradise, Inc.

By: _Thomas F. Palzer_
Thomas F. Palzer, Vice President

State of Kansas, Linn County} ss.

This instrument was acknowledged before me on April 5, 2018 by Thomas F. Palzer, Vice President of Joy's Majestic Paradise, Inc. for and on behalf of said company.

_Doreen Thomas_
Notary Public

My appointment expires:

DOREEN THOMAS
Notary Public - State of Kansas
My Appt Expires 5/21/21

Security 1st Title
File No 2240180

Kristy Schmitz, Register of Deeds
Case 2:21-06019  Doc# 1-4  Filed 05/13/21  Page 2 of 2